[No. 40296-0-I.   Division One.   July 28, 1997.]

DAWN ELLEN HELMERLING, *Appellant*, v. TIMOTHY
JOHN HELMERLING, *Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 91-3-00200-4, Thomas J. Wynne, J.,
entered February 5, 1997. *Remanded* and *dismissed* by
unpublished per curiam opinion.

[No. 40549-7-I.   Division One.   July 28, 1997.]

SUE TASTAD, ET AL., *Respondents*, v. ALLSTATE
INSURANCE COMPANY, *Petitioner*.

Appeal from a judgment of the Superior Court for Skag-
it County, No. 96-2-01697-0, John Meyer, J. Pro Tem.,
entered April 21, 1997. *Reversed* by unpublished per
curiam opinion.

[No. 15342-8-III.   Division Three.   July 29, 1997.]

ALICE WHITE, *Appellant*, v. ASOTIN COUNTY HOUSING
AUTHORITY, *Respondent*.

Appeal from a judgment of the Superior Court for Aso-
tin County, No. 93-2-00121-1, John M. Lyden, J., entered
November 1, 1995. *Affirmed* by unpublished opinion per
Sweeney, C.J., concurred in by Kurtz and Brown, JJ.

[No. 14184-5-III.   Division Three.   July 31, 1997.]

*In the Matter of the Marriage of* BERNARD W.
GEESTMAN, *Appellant,* and MARGARET ANN
GEESTMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 92-3-00266-9, John Burchard, J.,
entered June 28, 1994. *Affirmed* by unpublished opinion
per Schultheis, J., concurred in by Sweeney, C.J., and
Brown, J.